UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOHNNY WHITE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 2:21-cv-00130-JMS-DLP |
| | ) |
| DUSHAN ZATACKY, | ) |
| | ) |
| Respondent. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The petitioner's petition for writ of habeas corpus is dismissed without prejudice.

Date: 4/12/2021

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A. G. Sharpe, Clerk of Court

By: _*[signature]*_
Deputy Clerk

Distribution:

JOHNNY WHITE
133577
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only